UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JABBAR RICHARDSON,

                        Plaintiffs,

   -against-

CITY OF NEW YORK, et al.,

                      Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 622 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 23, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, Plaintiff shall amend the complaint to add the five individual defendants by August 6, 2021. The parties shall file a revised case management plan prior to the next status conference, which shall be held on September 17, 2021 at 10 a.m.

        SO ORDERED.

Dated: July 23, 2021                     /s/ Alvin K. Hellerstein
New York, New York                 ALVIN K. HELLERSTEIN
                                                     United States District Judge