UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JABBAR RICHARDSON,

          Plaintiffs,

 -against-

CITY OF NEW YORK, et al.,

          Defendants.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 622 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

   On September 17, 2021, I held a telephonic status conference in the above-captioned matter. As discussed at the conference, all Defendants shall answer the Second Amended Complaint by September 20, 2021. Defendant Flores shall answer by October 4, 2021. The parties are hereby ordered to appear for a case management conference on April 1, 2022 at 10 a.m.

   SO ORDERED.

Dated: September 17, 2021         ___/s/ Alvin K. Hellerstein____
    New York, New York          ALVIN K. HELLERSTEIN
                      United States District Judge