

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **QIANA SMITH-WILLIAMS**<br>*Senior Counsel*<br>qwilliam@law.nyc.gov<br>Phone: (212) 356-2360<br>Fax: (212) 356-3509 |

August 10, 2022

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>Jabbar Richardson v. City of New York</u>, *et al*., 21 Civ. 622 (AKH)

Your Honor:

        I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys assigned to represent defendant City of New York ("City") in the above-referenced matter. Attached please find a duly executed Stipulation and Order of Dismissal for the Court's endorsement and filing.

        Thank you for your consideration herein.

Respectfully Submitted,

Qiana Smith-Williams
Senior Counsel

cc:    All Counsel of Record (Via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JABBAR RICHARDSON,

                                                Plaintiff,

-against-

CITY OF NEW YORK, DARRION GRANT, EDUARDO
PEREZROMERO, PEDRO FLORES, THOMAS TUBOLINO,
ROBERT CZAPLINSKI, LAWRENCE LECHMANSKI, and
JOHN/JANE DOE 1 THROUGH 10 (the named John and Jane
Doe being fictitious, as the true names are presently unknown),

                                                Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 622 (AKH)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

        *[The remainder of this page intentionally left blank. Continue to next page]*

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      August 1, 2022

Brett Harris Klein, Esq.
Brett H. Klein, Esq. PLLC
305 Broadway, Suite 600
New York, NY 10007

By: *Brett Klein*
    Brett H. Klein
    *Attorney for Plaintiff*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York, Grant, Perezromero, Tubolino, Czaplinski, and Lechmanski*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Qiana C. Smith-Williams
    *Senior Counsel*

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2022

2