UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JABBAR RICHARDSON,

                                 Plaintiff,

                  -against-

CITY OF NEW YORK, DARRION GRANT, EDUARDO
PEREZROMERO, PEDRO FLORES, THOMAS TUBOLINO,
ROBERT CZAPLINSKI, LAWRENCE LECHMANSKI, and
JOHN/JANE DOE 1 THROUGH 10 (the named John and Jane
Doe being fictitious, as the true names are presently unknown),

                               Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND
ORDER OF DISMISSAL**

21 Civ. 622 (AKH)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

*[The remainder of this page intentionally left blank. Continue to next page]*

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the

District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the

terms of the settlement agreement reached between the parties and set forth in the Stipulation of

Settlement executed by the parties in this matter.

Dated: New York, New York
        August 1 , 2022

Brett Harris Klein, Esq.                          HON. SYLVIA O. HINDS-RADIX
Brett H. Klein, Esq. PLLC                         Corporation Counsel of the
305 Broadway, Suite 600                              City of New York
New York, NY 10007                                *Attorney for Defendants City of New York,*
                                                   *Grant, Perezromero, Tubolino,*
                                                   *Czaplinski, and Lechmanski*
                                                  100 Church Street, 3rd Floor
                                                  New York, New York 10007

By:  *Brett Klein*                          By:

    Brett H. Klein                                 Qiana C. Smith-Williams
    *Attorney for Plaintiff*                       *Senior Counsel*

                                                  SO ORDERED:

                                                  HON. ALVIN K. HELLERSTEIN
                                                  UNITED STATES DISTRICT JUDGE

                                                  Dated: _____ / _____ 2022

2